**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
KENNEDY STOCK, LLC,

                Plaintiff,                          18 **CIVIL** 4991 (PGG)(BCM)

     -against-                            **<u>JUDGMENT</u>**

NLS NEW YORK INC.,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 27, 2021, the R&R is adopted in its entirety and Plaintiffs are awarded $60,000 in statutory damages under the Copyright Act, 17 U.S.C. § 504(c), and $2,918 in attorneys' fees and costs; accordingly, the case is closed.

**Dated:**  New York, New York

      October 28, 2021

                                                                 **RUBY J. KRAJICK**

                                                                  **Clerk of Court**

                                **BY:**      *K. Mango*

                                                                  **Deputy Clerk**